RECEIVED

FEB 0 4 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. 26-cv-1085-MJD/ECW
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐        NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

SCANNED
LT
FEB 0 5 2026
U.S. DISTRICT COURT MPLS

## COMPLAINT

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

Name RENEE P. SHARP

Street Address 1020 EAST 17TH STREET # 733

County, City MINNEAPOLIS, HENNEPIN COUNTY

State & Zip Code MINNESOTA 55404

Telephone Number 612 259-8481 / 612 584-364

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name CAMPUS CRUSADE FOR CHRIST, INC,

Street Address 100 LAKE HART DRIVE, AKA CRU

County, City FLORIDA 32832 , ORLANDO

State & Zip Code

b. Defendant No. 2

Name

Street Address

County, City

State & Zip Code

c. Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

*[Handwritten across top: The New York Times Magazine from Sunday, Feb. 1 is re The FBI Trump. I Believe 'Campus Crusade for Christ, Inc. Has Taken Over the Wedding of Religion + Gov't - The Meshn Take over the FBI]*

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

*[Handwritten: US Gov't (Fascism - The Wedding of Government + The Meshn Take over the FBI]*

3. What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

*[Handwritten: Fascism, Inc. over the FBI. Campus Crusade for Christ, Inc. is an international corporation that rules the USA]*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: _____     State of Citizenship: _____

Defendant No. 1: _____     State of Citizenship: _____

Defendant No. 2: _____     State of Citizenship: _____

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**

**Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

[ ] Defendant(s) reside in Minnesota     [ ] Facts alleged below primarily occurred in Minnesota

[X] Other: explain

*[Handwritten: I live in Minnesota and was "on staff" w/ the Campus Crusade for Christ, Inc. AKA Cru June 1977 - Dec 2, 1978]*

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

*[Handwritten left margin: Upside Down FBI Logo New York The MAGA 2024 My Older Sister Helen Lynn Sharp Federal Falls MN 56537]*

*[Handwritten: MN 56537, married to Timothy Russell Lee married since 11/17/73]*

*[Handwritten right margin: Center of Resignation]*

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. I AM A CHRISTIAN, AND MY NAME RENÉE, MEANS "BORN AGAIN" IN FRENCH. I WAS INVOLVED WITH CAMPUS CRUSADE 1973-1977 AT THE UNIVERSITY OF MINNESOTA, + THEN WENT ON STAFF JUNE OF 1977 FOLLOWING MY GRADUATION FROM THE U OF M ~~COLLEGE~~ COLLEGE OF LIBERAL ARTS. JESUS CHRIST IS A REAL PERSON TO ME NOT

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

OUT OF THE TEMPLE. JESUS THREW THE MONEY CHANGERS OUT OF THE TEMPLE

→ A LEGAL CORPORATION (ARTIFICIAL PERSON) AND IT IS MY BELIEF THAT CAMPUS CRUSADE FOR CHRIST, INC. MISREPRESENTS CHRIST, AS JESUS IS NOT AN ARTIFICIAL PERSON + THREW THE MONEY CHANGERS

Signed this 4 day of FEBRUARY 2026

Signature of Plaintiff _Renee P. Sharp_

Mailing Address 1020 EAST 17TH STREET # 733 MPLS MN

Telephone Number 612/259-8481  612 58436355409

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.